UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bonnie L. Scarpa</u>

    v.                                      No. 00-cv-349-JD

<u>Jo Anne Barnhart, Commissioner,
Social Security Administration</u>

O R D E R

Judgment for the plaintiff shall be entered in accordance with the decision of the Administration Law Judge dated April 30, 2004.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

October 18, 2005

cc:  Raymond J. Kelly, Esquire
     David L. Broderick, Esquire